UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | Case No. 1:22-cr-00011 |
| ) | |
| ZACHARY HUTTON    ) | |

## MOTION FOR SENTENCE REDUCTION BASED ON SUBSTANTIAL ASSISTANCE

Comes now the United States of America, by counsel, and moves this Court to sentence the defendant to a term of imprisonment below the sentencing guidelines range and the statutory minimum. The government makes this motion pursuant to U.S. Sentencing Guidelines Manual § 5K1.1. and 18 U.S.C. § 3553(e).

CHRISTOPHER R. KAVANAUGH
United States Attorney

*s/Whitney D. Pierce*
Whitney D. Pierce
VSB No. 82520
Assistant United States Attorney
U.S. Attorney's Office
180 West Main Street, Suite B19
Abingdon, Virginia 24210
276-628-4161
276-628-7399 (fax)
USAVAW.ECFAbingdon@usdoj.gov