Dear Honorable Judge im writing on behalf of my son and defendant Zachary Ryan Hutton and asking for leniency. My name is Jason Hutton Zachary's Father. Zachary has always been a kind and helping person. He helps me on our cattle farm and is very important to its operation. He also helps his 83 year old Grandma with things around her house like mowing, weedeating and keeping her wood box full during the winter. He wants to finish his degree in electricity and work in that profession. Zachary has had a ongoing drug addiction with marijuana until he was introduced to pain pills. Zachary was using them for 2-3 months until he got caught. He was trying to get out of them but couldnt find a way. He was getting threats on his life and his family's lives. He didnt know where to turn. During the last 15 months Zachary has stayed home and helped his family with whatever needed done. I hope that you can find it in your heart to have leniency on Zachary. I love Zachary with all of my heart.

Thank You
Jason A. Hutton