CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED

OCT 20 2022

LAURA A. AUSTIN, CLERK
BY: /s/ J. Clark
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | **ABSTRACT OF JUDGMENT** |
| ) | |
| v. ) | Court No. 1:22CR00011 |
| ) | |
| ZACHARY HUTTON ) | |

**NOTICE**

This Instrument is exempt from the Technology Fee Pursuant to VA Code § 17.1-279(E).

Pursuant to 28 U.S.C. § 3201, this Judgment, upon the filing of this abstract in the manner in which a notice of tax lien would be filed under paragraphs (1) and (2) of 26 U.S.C. § 6323(f), creates a lien on all property of the defendant(s) and has priority over all other liens or encumbrances that are perfected later in time. The lien created by this section is effective, unless satisfied, for a period of 20 years and may be renewed by filing a notice of renewal. If such notice of renewal is filed before the expiration of the 20 year period to prevent the expiration of the lien and the court approves the renewal, the lien shall relate back to the date the judgment is filed.

Judgment was rendered in favor of the United States against Defendant on April 5, 2022, for the sum of $50,000.00. The judgment currently has a unpaid balance of $25,000.00.

CHRISTOPHER R. KAVANAUGH
United States Attorney
Western District of Virginia
P.O. Box 1709
Roanoke, VA  24008
(540) 857-2250

I certify that the foregoing is a correct Abstract of the Judgment issued by this Court.

Clerk, United States District Court
Western District of Virginia

By: /s/ Felicia Clark
Deputy Clerk